**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-24410

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Micah Jude Gove<br>        Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br><br>        Movant,<br>  vs.<br><br>Micah Jude Gove, Debtor; Stanley J. Kartchner, Trustee.<br><br>        Respondents. | No. 4:10-bk-27031-EWH<br><br>Chapter 7<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

      Wells Fargo Bank, N.A., by and through its undersigned attorneys, hereby gives notice of its

appearance in these proceedings, and requests that the name and address of its attorneys be added to the

///

| | |
|---|---|
| 1 | mailing list in this matter, and that all future notices which creditors are entitled to received be mailed |
| 2 | to said attorneys. |
| 3 |       DATED this September 7, 2010 |

                  Respectfully submitted,

                  TIFFANY & BOSCO, P.A.

                  By  /s/ MSB # 010167
                     Mark S. Bosco
                     Leonard J. McDonald
                     Attorneys for Movant

Copy of the foregoing
Mailed on September 7, 2010, to:

Micah Jude Gove
355 North 7th Street, Apt. 117
Sierra Vista, AZ  85635
Debtor

Brian C. Dault
908 W. Chandler Blvd
Suite D
Chandler, AZ  85225
Attorney for Debtor

Stanley J. Kartchner
7090 N. Oracle Road #178-204
Tucson, AZ  85704
Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: <u>Ismael G. Solano</u>